1  CRYSTAL G. FOLEY (SBN 224627)
   SIMMONS BROWDER GIANARIS
2  ANGELIDES & BARNERD LLC
   100 N. Sepulveda Blvd., Suite 1350
3  El Segundo, California 90245
   Telephone: 310-322-3555
4  Facsimile: 310-322-3655
5  cfoley@simmonsfirm.com

6  THE LAW OFFICES OF KONRAD
   SHERINIAN, LLC
7  Konrad Sherinian, Esq.
   Depeng Bi, Esq.
8  1755 Park Street, Suite # 200
9  Naperville, IL 60563
   Tel: (630) 318-2606
10 Fax: (630) 318-2605
11 ksherinian@sherinianlaw.net

FILED
CLERK, U.S. DISTRICT COURT

APR 1 6 2013

OF CALIFORNIA
DEPUTY

12                 UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14
15 BRANDON WADE LICENSING, LLC,      CASE NO.

            PLAINTIFF,               CV13-02649 CAS(Ex)
16
17     V.                            COMPLAINT FOR VIOLATION OF
                                     THE DIGITAL MILLENNIUM
18 TEREZOWENS.COM, LLC, AND JOEY     COPYRIGHT ACT AND FOR
   GRANATH,                          COPYRIGHT INFRINGEMENT;
19                                   DEMAND FOR JURY TRIAL
            DEFENDANTS.
20                                   DATE: APRIL 16, 2013
21
22
23
24
25
26
27
28

Plaintiff, Brandon Wade Licensing, LLC, by his attorneys, hereby complains against Defendants Terezowens.Com, LLC, and Joey Granath and alleges:

## The Parties

1. Plaintiff, Brandon Wade Licensing, LLC ("Wade Licensing") is an Illinois Limited Liability Company located in Naperville, Illinois.

2. Defendant, Terezowens.Com, LLC ("TerezCom") is, upon information and belief, a California Limited Liability Company.

3. On information and belief, TerezCom maintains an office located at 717 N Cahuenga Blvd, Apt A1, Hollywood, California 90038.

4. TerezCom owns and operates TerezOwens.com, which it describes as "#1 WORLD'S MOST POPULAR SPORTS GOSSIP SITE."

5. Defendant Joey Granath ("Owens") is an individual who, upon information and belief, resides in Hollywood California, and who uses the pseudonym "Terez Owens" when posting content to TerezOwens.com.

6. On information and belief, Owens is an owner of TerezCom and provides content for TerezCom.

## Jurisdiction and Venue

7. Plaintiff had earlier sued Defendants in the Northern District of Illinois, Case No. 12-CV-9113. The earlier case was dismissed for lack of personal jurisdiction over Defendants, who are both residents of the Central District of California.

8. This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

9. On information and belief, Defendants reside in this district, and engage in (a) reproducing infringing photographs in the United States, including in this Judicial District; (b)

1

displaying infringing photographs in the United States, including in this Judicial District; (c) publishing infringing photographs in the United States, including in this Judicial District; (d) providing online advertising and the offering online advertising in the United States, including in this Judicial District; and (e) offering entertainment performances in the United States, including in this Judicial District.

10.    This Court has personal jurisdiction over Defendants because Defendants reside in this district and commit acts of copyright infringement in this Judicial District including, *inter alia,* reproducing, displaying, and publishing infringing photographs in this Judicial District.

11.    Venue is proper in this District under 28 U.S.C. §1391(b), (c), and (d).

## Background

12.    On December 22, 2009, Brandon Wade Photography, LLC ("Wade Photography") produced a series of photographs of Dez Bryant, a wide receiver for the Dallas Cowboys.

13.    Some of the photographs included pictures of his mother. One of these photos is the photo attached to this Complaint as Exhibit A ("The Photograph").

14.    The Photograph was posted on the website *brandonwade.com.*

15.    Wade Photography inserted into The Photograph its watermark, which reads "Copyright Brandon Wade."

16.    The Photograph is original, and constitutes copyrightable subject matter under the copyright laws of the United States of America.

17.    On September 24, 2012, Wade Photography transferred its entire right in and to The Photograph to Wade Licensing. Subsequently, on September 25, 2012, Wade Licensing

2

1  registered The Photograph with the U.S. Copyright Office. The case number for this registration

2  is 1-827891211. *See* Copyright Office registration receipt which is attached hereto as Exhibit D.

3       18.    TerezCom and Owens own and operate a number of websites, including

4  *Terezowens.com.*

5

6       19.    On information and belief, on or before April 20, 2010, TerezCom and/or Owens

7  posted The Photograph on TerezCom's website, *terezowens.com/dez-bryant-deals-with-*

8  *mother%E2%80%99s-decision-to-become-lesbian/*, a sequence of screenshots of which are

9  attached as Exhibit B.

10       20.    TerezCom's and/or Owens's publishing and displaying of The Photograph

11  continued until at least October 25, 2012. *See* screenshot of the aforementioned web page taken

12  on October 25, 2012, attached hereto as Exhibit C.

13

14       21.    In displaying The Photograph on TerezCom's website, neither TerezCom nor

15  Owens obtained any licensing right to The Photograph.

16       22.    On information and belief, in addition to publishing The Photograph worldwide

17  via the Internet without any permission or authorization from Wade Photography, TerezCom

18  and/or Owens cropped out the watermark that reads "Copyright Brandon Wade."

19       23.    On information and belief, TerezCom and/or Owens inserted its own watermark,

20  "TEREZOWENS.COM," into The Photograph.

21       24.    On September 13, 2012, Wade Photography sent a first cease and desist letter

22  regarding the displaying of The Photograph on *Terezowens.com*, to TerezCom and Owens.

23

24  ///

25  ///

26  ///

27

28

## COUNT 1
### Violation of the Digital Millennium Copyright Act

25.     Plaintiff incorporates by reference and realleges each and every allegation contained in Paragraphs 1 through 24.

26.     As it was displayed on the Internet, The Photograph was obviously taken recently, and therefore, obviously protected by copyright.

27.     TerezCom and/or Owens knew or should have known that they had no right to display The Photograph on www.terezowens.com without a license from the copyright holder.

28.     Despite knowing that "TEREZOWENS.COM" was not the source of the photograph or copyright holder, in posting The Photograph on its website, defendant TerezCom and/or Owens inserted its own watermark, "TEREZOWENS.COM," into The Photograph.

29.     TerezCom and/or Owens published The Photograph, with the watermark "TEREZOWENS.COM", on *terezowens.com/dez-bryant-deals-with-mother%E2%80%99s-decision-to-become-lesbian/*.

30.     At all times relevant, TerezCom and/or Owens, in doing the acts and things complained of herein, intended to induce, enable, facilitate or conceal an infringement and violation of Wade Licensing's copyright attribution, integrity and ownership rights under Title 17 U.S.C. § 1202(a).

31.     The watermark embedded into The Photograph by TerezCom and/or Owens is copyright management information under 17 U.S.C. § 1202(c).

32.     In posting its own watermark in The Photograph, when it had no right or claim to The Photograph, TerezCom and/or Owens violated the DMCA's prohibition on incorporating False Copyright Management Information into a work.  17 U.S.C. § 1202(a).

WHEREFORE, Plaintiff, Brandon Wade Licensing, LLC, prays that his Court enter judgment in favor of Plaintiff and against Defendants Terezowens.Com, LLC, and Joey

4

1    Granath, finding that Defendants have violated the Digital Millennium Copyright Act and

2    Ordering as follows:

3         A.      That Defendants be required to destroy all copies of The Photograph, in all

4    media and versions;

5         B.      That this Court award actual or statutory damages as per 17 U.S.C. § 1203, at

6

7    Plaintiff's election;

8         C.      That this Court award Plaintiff's attorneys fees and costs as per 17 U.S.C. §

9    1203;

10        D.      That this Court grant all other relief as is reasonable to remedy Defendants'

11   wrongful acts by any mean, either at law or in equity.

12

13                                    **COUNT 2**
                                **Copyright Infringement**
14

15        33.     Plaintiff incorporates by reference and realleges each and every allegation

16   contained in Paragraphs 1 through 32.

17        34.     TerezCom owns and operates the website *terezowens.com*.

18        35.     On information and belief, TerezCom has reserved for itself and exercises

19   significant rights of control over and/or participation in the development, preparation, design,

20   displaying, publishing, marketing, distribution, and maintenance of content, including but not

21   limited to The Photograph, on *terezowens.com*.

22

23        36.     TerezCom and/or Owens derive financial benefit from information that is

24   published on *terezowens.com*.

25        37.     On or around April 20, 2010, TerezCom and/or Owens infringed Wade

26   Licensing's photograph of Exhibit A, and its rights therein, within the meaning and intent of

27   Chapter 5 of the Copyright Act (17 U.S.C. §501, *et seq*.), by various means, including but not

28

5

limited to, the aforementioned publication, display and disseminations of the copyrighted photograph of Exhibit A, without having first obtained a license therefor.

38.     The acts by TerezCom and/or Owens were for their own commercial use and benefit and infringed upon Plaintiff's exclusive copyrights in The Photograph.

39.     The copyright infringement continued at least up to October 25, 2012.

40.     By virtue of the acts hereinabove alleged, TerezCom and/or Owens have infringed Plaintiff's copyrights, and Plaintiff has been harmed and has thereby suffered and sustained economic injury.

WHEREFORE, Plaintiff, Brandon Wade Licensing, LLC, prays that his Court enter judgment in favor of Plaintiff and against Defendants Terezowens.Com, LLC, and Joey Granath, finding that Defendants have violated the Copyright Act and Ordering as follows:

A.     That Defendants be required to destroy all copies of The Photograph, in all media and versions;

B.     That Defendants be required to pay to Plaintiff actual damages as Plaintiff has sustained in consequence of defendant's infringements, and to account for all gains, profits and advantages derived by defendant therefrom, as per 17 U.S.C. §504;

C.     That this Court grant all other relief as is reasonable to remedy Defendants' wrongful acts by any mean, either at law or in equity.

///

///

///

6

**Demand for Jury Trial**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiff Wade Licensing hereby demands a jury trial on all issues triable by jury.

Respectfully submitted,
Brandon Wade Licensing, LLC

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated:  April 16, 2013          By:

Crystal G. Foley
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California  90245
Telephone:  310-322-3555
Facsimile:  310-322-3655
Email:  cfoley@simmonsfirm.com


THE LAW OFFICES OF KONRAD
SHERINIAN, LLC
Konrad Sherinian, Esq.
Depeng Bi. Esq.
1755 Park Street, Suite # 200
Naperville, IL 60563
Tel: (630) 318-2606
Fax: (630) 318-2605
ksherinianlaw.net

7

**EXHIBIT "A"**



Copyright Brandon Wade

# EXHIBIT "B"

Dez Bryant deals with Mot ×

← → C ☐ www.terezowens.com/dez-bryant-deals-with-mothers-decision-to-become-lesbian/

NFL  MLB  NBA  NHL  NCAAB  NCAAF  SOCCER  TICKETS

LEARN MORE | LOG IN

FOXSPORTS.COM or more

**Welcome To**
# TEREZOWENS
*Real Sports. Real Dirt.*

HOME  VIDEOS  GIFS  FUNNY PICS  ADVERTISE  TWITTERVISION  SEND TIP  BOOK T.O.

## Dez Bryant Deals With Mother's Decision To Become Lesbian

Apr
20
2013

Oklahoma State Standout Dez Bryant, a top NFL prospect, is constantly dealing with his mother's sexual preference. Dez comes from a very conservative town of about 32,000, located in the heart of the Bible Belt. Dez was in high school when he found out about his mother's love for the ladies. "I don't like it. Really, I still don't," he said. "I dealt with it and now I'm comfortable with it." Angela his mother was upfront about her sexual preference because she didn't want it to get weird between them. "It hurt me that it hurt him. I'm very happy about the relationship that we have," Angela said. "I

# JOCKSTAGRAM

How to Boost Testosterone
How to quickly boost your testosterone so you feel great again

SEARCH

EXHIBIT "C"

www.terezowens.com/dez-bryant-deals-with-mother's-decision-to-become-lesbian/

Dez Bryant deals with Mot...

FOXSPORTS.COM or more...

LEARN MORE    LOGIN

HOME    VIDEOS    GIFS    FUNNY PICS    ADVERTISE    TWITTERVISION    SEND TIP    BOOK T.O.

Welcome To
# TEREZOWENS
Real Sports. Real Dirt.

Apr  010z
20 oz

### Dez Bryant Deals With Mother's Decision To Become Lesbian



Oklahoma State Standout Dez Bryant, a top NFL prospect, is constantly dealing with his mother's sexual preference. Dez comes from a very conservative town of about 32,000, located in the heart of the Bible Belt. Dez was in high school when he found out about his mother's love for the ladies... "I didn't like it. Really, I still don't," he said. "I dealt with it and now I'm comfortable with it." Angela his mother was upfront about her sexual preference because she didn't want it to get weird between them. "It hurt me that it hurt him. I'm very happy about the relationship that we have," Angela said. "It

JOCKSTAGRAM

How to Boost Testosterone
How to quickly boost your testosterone so you feel great again

SEARCH

Thursday, October 25, 2012

October, 2012
Su Mo Tu We Th Fr Sa
30  1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 [25] 26 27
28 29 30 31  1  2  3
4  5  6  7  8  9  10

Change date and time settings...

12:15:39 PM

12:15 PM

**EXHIBIT "D"**



**United States Copyright Office**

| 1-DP2GI5 | | **Payment successful.** |
| --- | --- | --- |
| | | **Click the "Continue" button to complete your registration.** |

| Form: | Pay | Submit Work |
| --- | --- | --- |

‖Con

### Customer Information

Depeng Bi

1755 Park Street

Suite #200

Naperville, IL 60563

### Submissions

Cases

| Case # ⇕ | Title ⇕ |
| --- | --- |
| 1-827891211 | Photo of a Football Player by Brandon Wade |

**Total Amount Due:**

### Payment Info

| | |
| --- | --- |
| Amount Paid: | $ 35.00 |
| Account: | XX8609 |
| Paid By: | KONRAD SHERNIAN |
| Pay Date: | 9/25/2012 |
| Payment Type: | Credit Card |
| Confirmation #: | 21521G |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV13- 2649 CAS (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Crystal G. Foley (SBN 224627) Simmons Browder
Gianaris Angelides & Barnerd LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
T: (310) 322-3555  F: (310) 322-3655

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRANDON WADE LICENSING, LLC,

|  | CASE NUMBER |
|---|---|

PLAINTIFF(S) **CV13-02649 (ASIE)**

v.

TEREZOWENS.COM, LLC and JOEY GRANATH,

**SUMMONS**

DEFENDANT(S).

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Crystal G. Foley_____, whose address is _100 North Sepulveda Blvd, Suite 1350, El Segundo, CA 90245_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

APR 1 6 2013

Clerk, U.S. District Court

Dated: _____

By: _____JULIE PRADO_____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                     SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
BRANDON WADE LICENSING, LLC

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
TERE7OWENS.COM, LLC and JOEY GRANATH

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Crystal G. Foley (SBN 224627)
Simmons Browder Gianaris Angelides & Barnerd, LLC
100 North Sepulveda Blvd, Suite 1350, El Segundo, CA 90245
310.322.3555/cfoley@simmonsfirm.com

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1. Original Proceeding  ☐ 2. Removed from State Court  ☐ 3. Remanded from Appellate Court  ☐ 4. Reinstated or Reopened  ☐ 5. Transferred from Another District (Specify)  ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 501, et seq; 17 U.S.C. Section 1202 - Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES: ☐ 375 False Claims Act, ☐ 400 State Reapportionment, ☐ 410 Antitrust, ☐ 430 Banks and Banking, ☐ 450 Commerce/ICC Rates/Etc., ☐ 460 Deportation, ☐ 470 Racketeer Influenced & Corrupt Org., ☐ 480 Consumer Credit, ☐ 490 Cable/Sat TV, ☐ 850 Securities/Commodities/Exchange, ☐ 890 Other Statutory Actions, ☐ 891 Agricultural Acts, ☐ 893 Environmental Matters, ☐ 895 Freedom of Info. Act, ☐ 896 Arbitration, ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision, ☐ 950 Constitutionality of State Statutes

CONTRACT: ☐ 110 Insurance, ☐ 120 Marine, ☐ 130 Miller Act, ☐ 140 Negotiable Instrument, ☐ 150 Recovery of Overpayment & Enforcement of Judgment, ☐ 151 Medicare Act, ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.), ☐ 153 Recovery of Overpayment of Vet. Benefits, ☐ 160 Stockholders' Suits, ☐ 190 Other Contract, ☐ 195 Contract Product Liability, ☐ 196 Franchise

REAL PROPERTY: ☐ 210 Land Condemnation, ☐ 220 Foreclosure, ☐ 230 Rent Lease & Ejectment

REAL PROPERTY CONT.: ☐ 240 Torts to Land, ☐ 245 Tort Product Liability, ☐ 290 All Other Real Property

TORTS - PERSONAL INJURY: ☐ 310 Airplane, ☐ 315 Airplane Product Liability, ☐ 320 Assault, Libel & Slander, ☐ 330 Fed. Employers' Liability, ☐ 340 Marine, ☐ 345 Marine Product Liability, ☐ 350 Motor Vehicle, ☐ 355 Motor Vehicle Product Liability, ☐ 360 Other Personal Injury, ☐ 362 Personal Injury-Med Malpractice, ☐ 365 Personal Injury-Product Liability, ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability, ☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION: ☐ 462 Naturalization Application, ☐ 465 Other Immigration Actions

PERSONAL PROPERTY: ☐ 370 Other Fraud, ☐ 371 Truth in Lending, ☐ 380 Other Personal Property Damage, ☐ 385 Property Damage Product Liability

BANKRUPTCY: ☐ 422 Appeal 28 USC 158, ☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS: ☐ 440 Other Civil Rights, ☐ 441 Voting, ☐ 442 Employment, ☐ 443 Housing/Accomodations, ☐ 445 American with Disabilities-Employment, ☐ 446 American with Disabilities-Other, ☐ 448 Education

PRISONER PETITIONS - Habeas Corpus: ☐ 463 Alien Detainee, ☐ 510 Motions to Vacate Sentence, ☐ 530 General, ☐ 535 Death Penalty; Other: ☐ 540 Mandamus/Other, ☐ 550 Civil Rights, ☐ 555 Prison Condition, ☐ 560 Civil Detainee Conditions of Confinement

FORFEITURE/PENALTY: ☐ 625 Drug Related Seizure of Property 21 USC 881, ☐ 690 Other

LABOR: ☐ 710 Fair Labor Standards Act, ☐ 720 Labor/Mgmt. Relations, ☐ 740 Railway Labor Act, ☐ 751 Family and Medical Leave Act, ☐ 790 Other Labor Litigation, ☐ 791 Employee Ret. Inc. Security Act

PROPERTY RIGHTS: ☒ 820 Copyrights, ☐ 830 Patent, ☐ 840 Trademark

SOCIAL SECURITY: ☐ 861 HIA (1395ff), ☐ 862 Black Lung (923), ☐ 863 DIWC/DIWW (405 (g)), ☐ 864 SSID Title XVI, ☐ 865 RSI (405 (g))

FEDERAL TAX SUITS: ☐ 870 Taxes (U.S. Plaintiff or Defendant), ☐ 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: **CV13-02649**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13) | CIVIL COVER SHEET | Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?    ☒ NO    ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?    ☒ NO    ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, **and** one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Naperville, Illinois located in Dupage County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| TerezOwens.com, LLC - Los Angeles County<br>Joey Granath- Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):**    DATE: April 16, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |